LESLIE W. MERKER, JR. v. DIVISION OF MEDICAL
ASSISTANCE AND HEALTH SERVICES,
DEPARTMENT OF HUMAN SERVICES.

May 8, 1984.

Petition for certification granted.   (See 193 *N.J.Super.* 68)

STATE OF NEW JERSEY v. ROBERT DEL PETRARCA.

May 8, 1984.

Petition for certification denied.

DIAMOND JIM, INC. v. THE UNITED FIRE
INSURANCE COMPANY.

May 8, 1984.

Petition for certification denied.

DIAMOND JIM, INC. v. THE UNITED FIRE
INSURANCE COMPANY.

May 8, 1984.

Cross-petition for certification denied.